No. 11-5487. Orlando O. Ocasio, Petitioner v. New York.

565 U.S. 910, 132 S. Ct. 318, 181 L. Ed. 2d 196, 2011 U.S. LEXIS 5754.

October 3, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Fourth Judicial Department, denied.

Same case below, 81 App. Div. 3d 1469, 917 N.Y.S.2d 803.